Don Juan TORRES, Plaintiff–Appellant,

v.

R. O'QUINN; D. Tate; D. Muncy, Defendants–Appellees.

No. 06–7770.

United States Court of Appeals, Fourth Circuit.

Submitted: Dec. 18, 2006.

Decided: Jan. 22, 2007.

Don Juan Torres, Appellant Pro Se.

Before NIEMEYER, GREGORY, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Don Juan Torres appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915A (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Torres v. O'Quinn,* No. 7:06–cv–00576–GEC, 2006 WL 2850642 (W.D.Va. Sept. 29, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court

and argument would not aid the decisional process.

*AFFIRMED.*